PROB 12B
(08/16)

August 15, 2018
pacts id: 3652983

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Alejandro Guzman (English)     **Dkt No.:** 17CR01314-004-JAH

**Name of Sentencing Judicial Officer:** The Honorable John A. Houston, Senior U.S. District Judge

**Sentence:** 13 months in custody; followed by 3 years' supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** March 12, 2018

**Date Supervised Release Commenced:** May 9, 2018

**Prior Violation History:** Yes. See prior court correspondence.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**(Special Condition)**
Be monitored for a period of 60 days, with the location monitoring technology at the discretion of the probation officer. The offender shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as directed by the court and/or the probation officer. In addition to other court-imposed conditions of release, the offender's movement in the community shall be restricted as specified below:

    **(Home Detention)**
You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

## CAUSE

Your Honor was notified on July 19, 2018, in a request for no action, of Mr. Guzman's unauthorized travel to Mexico on two separate occasions. With regard to this report of noncompliant behavior, it is noted that on August 6, 2018, the undersigned conducted an unannounced home visit at Mr. Guzman's residency at his aunt and uncle's apartment in San Diego, California. Mr. Guzman's uncle advised that Mr. Guzman was not home, and reported Mr. Guzman had traveled on August 4, 2018, to his other aunt's home in Los Angeles, California, and was expected home in the next day or so. After a telephonic attempt was made to reach Mr. Guzman, he returned the undersigned phone call with a message stating he was on his way home from Los Angeles that night.

Mr. Guzman reported as directed for an office visit on August 9, 2018, to discuss his third unauthorized occasion of travel. He detailed that after incurring boredom as a result of his limited mobility while he recovers from the injuries resulting from his vehicular accident in June of 2018, he chose to travel to his cousin's home in Downey, California, to relax for the weekend. Mr. Guzman stated he knew he was already on travel restriction for his previous unauthorized travel to Mexico in July and knew that if he requested permission for travel to Los Angeles, he would likely be denied. Furthermore, he stated he did not want to contact the undersigned once he was in Los Angeles in fear that he would be directed to return home right away.

In an effort to promote compliance and understanding of his conditions of release, the offender's conditions were again reviewed with him. Mr. Guzman stated he now understands the importance of compliance and that his conditions of release are not optional. Mr. Guzman is in agreement with the proposed modification of his conditions: for home detention under location monitoring for a period of 60 days, as evidenced by the attached, signed Form 49, Waiver of Hearing to Modify Conditions of Release. Any further noncompliance will be reported accordingly.

Respectfully submitted:
by Tina Nieman
Senior U.S. Probation Officer
619-557-5681

Reviewed and approved:
Lori A. Faubel
Supervising U.S. Probation Officer

Attachments:

**THE COURT ORDERS:**

✓ The Modification of Conditions as Noted Above

___ Other _____

The Honorable John A. Houston
Senior U.S. District Judge

Date: 8-17-18